# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

sfishbein@shearman.com
212-848-4424

May 29, 2013

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals
for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: Briefing Schedule for Case No. 13-1837, *United States v. Newman*

Dear Ms. O'Hagan Wolfe:

We represent Appellant Todd Newman in the above-referenced matter. In accordance with Local Rule 31.2(a)(1)(A), we respectfully request a due date of Thursday, August 15, 2013 for appellant's brief, which is within 91 days from the ready date.

Very truly yours,


/s/ Stephen Fishbein

Stephen Fishbein

ABU DHABI | BEIJING | BRUSSELS | DÜSSELDORF | FRANKFURT | HONG KONG | LONDON | MILAN | MUNICH | NEW YORK
PALO ALTO | PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SHANGHAI | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.

NYDOCS04/558266.1